AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**RECEIVED**

*Ko SPS*

2016 JUN 13 P 3 30

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

|  |  |
|---|---|
| Kabob Palace, Ltd.<br>2315 South Eads Street<br>Arlington, VA 22202<br><br>*Plaintiff(s)*<br>v.<br>Afghan Kabob Palace of Charlottesville, LLC<br>920 Beverly Drive, Apt. 303<br>Charlottesville, VA 22911<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 1:16 CV 659

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Serve: Registered Agent:
Mirahmad F. Mirzai
Afghan Kabob Palace of Charlottesville, LLC
920 Beverly Drive, Apt. 303
Charlottesville, VA 22911

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Cecil E. Key
DiMuroGinsberg, P.C.
1101 King Street, Suite 610
Alexandria, VA 22314

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____         _____
                                *Signature of Clerk or Deputy Clerk*